B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of North Carolina (NC Exemptions)

| | | | |
|---|---|---|---|
| In re | Glenn Mason Green<br>Mary Ann Green | Case No. | 10-08325-8 |
| | Debtor(s) | Chapter | 7 |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
Franklin County Tax Collector

**Describe Property Securing Debt:**
House & Lot
295 Cedarhurst Lane
Franklinton, NC 27525
*Included in Escrow

Valuation Method (Sch. A & B) : FMV unless otherwise noted.

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain  Retain Collateral and Continue to Make Regular Payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt    ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
Santander Consumer USA**

**Describe Property Securing Debt:**
2005 Ford F-150 (86,000 miles)
State Farm Insurance Policy #: 340-3504-C28-33L
VIN #: 1FTPW14505KC18301

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt    ☐ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortgage**** | **Describe Property Securing Debt:**<br>House & Lot<br>295 Cedarhurst Lane<br>Franklinton, NC 27525<br><br>Valuation Method (Sch. A & B) : FMV unless otherwise noted. |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __Retain Collateral and Continue to Make Regular Payments__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortgage**** | **Describe Property Securing Debt:**<br>House & Lot<br>295 Cedarhurst Lane<br>Franklinton, NC 27525<br><br>Valuation Method (Sch. A & B) : FMV unless otherwise noted. |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __Retain Collateral and Continue to Make Regular Payments__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

| | | |
|---|---|---|
| Date **October 15, 2010** | Signature | **/s/ Glenn Mason Green**<br>Glenn Mason Green<br>Debtor |
| Date **October 15, 2010** | Signature | **/s/ Mary Ann Green**<br>Mary Ann Green<br>Joint Debtor |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:
**Glenn Mason Green and Mary Ann Green**

Case No. _____
Chapter 7

Social Security Nos.: xxx-xx-3311 & xxx-xx-0064

Address: 295 Cedarhurst Lane, Franklinton, NC 27525

Debtors.

## CERTIFICATE OF SERVICE
## OF
## STATEMENT OF INTENTION

I, Emma Conkling, of the Law Offices of John T. Orcutt, P.C., Attorney for Debtors, do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on the date of this document, I served a copy of the Statement of Intention in this case upon each secured creditor named in the Statement of Intention be depositing a copy thereof in a postpaid wrapper in the post office or official depository under the exclusive care and custody of the Unites States Post Office, properly addressed to each said creditor at the address for each said creditor as set forth on Schedule D filed with the Court in this case.

Dated: October 15, 2010

/s Emma Conkling
_____
Emma Conkling