C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-10-82068 C-13D
Lorraine B. Green )
)
)
Debtor(s) )

## ORDER DENYING CONFIRMATION OF PLAN

On April 7, 2011, a hearing was held on Objection by the Standing Trustee to confirmation of the Debtor's proposed plan. At the hearing, Koury L. Hicks, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the Objection and having heard and considered the statements counsel and the attorney for the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

1. The Objection by the Trustee to confirmation of the Debtor's proposed plan is sustained and the proposed plan is not confirmed.

2. The Debtor shall have 30 days from April 7, 2011, within which to amend her proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

# PARTIES IN INTEREST
Page 1 of 1
10-82068 C-13D

Lorraine B. Green
1911 Edgerton Dr.
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702